UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATHANIEL CROSKEY, <br><br>                         Plaintiff, <br><br> -against- <br><br> UNITED STATES OF AMERICA, et al., <br><br>                         Defendants. | 21-CV-4483 (LTS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued July 16, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to pay the $402.00 in filing fees or submit a completed prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   July 16, 2021
         New York, New York

                                                      /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                               Chief United States District Judge